**GLASS HARLOW & HOGROGIAN LLP**
ATTORNEYS AND COUNSELORS AT LAW
A Limited Liability Partnership
85 BROAD STREET, 16TH FL @ WEWORK
NEW YORK, NY 10004
212-537-6859
FAX NO. 845-510-2219
E-mail: jharlow@ghnylaw.com

*Jordan F. Harlow*
    Partner

December 20, 2021

*Via ECF*
Honorable Taryn A. Merkl
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Adams v. Structural Preservation Company, LLC, et al
              20-CV-04630-WFK-TAM

Dear Judge Merkl:

      This office represents Plaintiff Fidel Adams, who is asserting claims under the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL") in the above-referenced matter. We are submitting this letter jointly on behalf of both Plaintiff and Defendants, pursuant to the Court's November 23, 2021 Order, to respectfully submit a revised settlement agreement that contains a modified mutual release. As the court has already determined that the remaining terms of the proposed settlement are fair and reasonable (ECF No. 39, November 23, 2021 Order, at p. 12), the parties respectfully request that the Court approve the settlement as fair and reasonable under *Cheeks v. Freeport Pancake House, Inc*., 796 F.3d 199 (2d Cir. 2015), and dismiss the action with prejudice, A proposed revised Settlement Agreement is submitted herewith as Exhibit A and a Stipulation of Discontinuance that the parties are asking you to so order is submitted herewith as Exhibit B.

      For all of the foregoing reasons, the parties jointly are requesting that this settlement be approved and the matter dismissed. We thank you for your attention and the assistance you provided in helping us reach a fair and reasonable resolution to this litigation.

                              Respectfully

                              /s/
                              Jordan Harlow, Esq.

Enc.
CC: All Counsel (via ECF)